Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.:  19–15445–KCF
Chapter:  13
Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Gordon Franklin Adams III
923 Ocean Road
Point Pleasant Beach, NJ 08742

Social Security No.:
xxx–xx–6222

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:                    5/22/19
Time:                    10:00 AM
Location:                Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

**If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: April 2, 2019
JAN: pbf

Jeanne Naughton
Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                                    Case No. 19-15445-KCF
Gordon Franklin Adams, III                                                                Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: Apr 02, 2019
                             Form ID: 132              Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 04, 2019.
```
db         +Gordon Franklin Adams, III,   923 Ocean Road,   Point Pleasant Beach, NJ 08742-2944
518125276  +Commonwealth Financial Systems,   245 Main St,   Dickson City, PA 18519-1641
518125275  +Commonwealth Financial Systems,   Attn: Bankruptcy,   245 Main Street,
             Dickson City, PA 18519-1641
518125277  +Ditech Financial LLC,   c/o KML Law Group, PC,   216 Haddon Ave., Suite 406,
             Westmont, NJ 08108-2812
518125281  +First Premier Bank,   601 S Minnesota Ave,   Sioux Falls, SD 57104-4868
518125280  +First Premier Bank,   Attn: Bankruptcy,   Po Box 5524,   Sioux Falls, SD 57117-5524
518125287  +Midland Funding LLC,   c/o Pressler & Pressler, LLP,   7 Entin Road,
             Parsippany, NJ 07054-5020
518125288  +Rushmore Loan Management Services,   PO Box 52708,   Irvine, CA 92619-2708
518125292  ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
             TRENTON NJ 08646-0245
             (address filed with court: State of New Jersey,   Division of Taxation,   Bankruptcy Unit,
             P.O. Box 245,   Trenton, NJ 08695-0245)
518125291  +Specialized Loan Servi,   8742 Lucent Blvd Ste 300,   Highlands Ranch, CO 80129-2386
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         E-mail/Text: usanj.njbankr@usdoj.gov Apr 03 2019 00:21:01    U.S. Attorney,   970 Broad St.,
             Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg        +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 03 2019 00:20:58    United States Trustee,
             Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
             Newark, NJ 07102-5235
518125274   E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 03 2019 00:24:58    Capital One,
             15000 Capital One Dr,   Richmond, VA 23238
518125273  +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 03 2019 00:25:50    Capital One,
             Attn: Bankruptcy,   Po Box 30285,   Salt Lake City, UT 84130-0285
518137028  +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 03 2019 00:25:59
             Capital One Bank (USA), N.A.,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
518125278  +E-mail/Text: bnc-bluestem@quantum3group.com Apr 03 2019 00:21:31    Fingerhut,
             Attn: Bankruptcy,   Po Box 1250,   Saint Cloud, MN 56395-1250
518125279  +E-mail/Text: bnc-bluestem@quantum3group.com Apr 03 2019 00:21:31    Fingerhut,
             6250 Ridgewood Road,   Saint Cloud, MN 56303-0820
518125283  +E-mail/Text: bankruptcy@sccompanies.com Apr 03 2019 00:21:56    Ginnys/Swiss Colony Inc,
             1112 7th Ave,   Monroe, WI 53566-1364
518125282  +E-mail/Text: bankruptcy@sccompanies.com Apr 03 2019 00:21:56    Ginnys/Swiss Colony Inc,
             Attn: Credit Department,   Po Box 2825,   Monroe, WI 53566-8025
518125284   E-mail/Text: cio.bncmail@irs.gov Apr 03 2019 00:20:12    Internal Revenue Service,
             PO Box 7346,   Philadelphia, PA 19101-7346
518125285  +E-mail/Text: bncnotices@becket-lee.com Apr 03 2019 00:19:55    Kohls/Capital One,
             Kohls Credit,   Po Box 3120,   Milwaukee, WI 53201-3120
518125286  +E-mail/Text: bncnotices@becket-lee.com Apr 03 2019 00:19:55    Kohls/Capital One,
             N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI 53051-5660
518143050   E-mail/PDF: resurgentbknotifications@resurgent.com Apr 03 2019 00:25:02    LVNV Funding LLC,
             Resurgent Capital Services,   PO Box 10587,   Greenville, SC  29603-0587
518140528   E-mail/Text: bnc-quantum@quantum3group.com Apr 03 2019 00:20:49
             Quantum3 Group LLC as agent for,   CF Medical LLC,   PO Box 788,   Kirkland, WA  98083-0788
518125290  +E-mail/Text: bankruptcy@sccompanies.com Apr 03 2019 00:21:56    Seventh Ave,   1112 7th Ave,
             Monroe, WI 53566-1364
518125289  +E-mail/Text: bankruptcy@sccompanies.com Apr 03 2019 00:21:56    Seventh Ave,
             Attn: Bankruptcy Dept.,   1112 7th Ave,   Monroe, WI 53566-1364
518127736  +E-mail/PDF: gecsedi@recoverycorp.com Apr 03 2019 00:26:31    Synchrony Bank,
             c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                        TOTAL: 17
```

                    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Apr 02, 2019
                              Form ID: 132             Total Noticed: 27
```

```
                    ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 04, 2019                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 2, 2019 at the address(es) listed below:
          Albert  Russo   docs@russotrustee.com
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
          William H. Oliver, Jr.   on behalf of Debtor Gordon Franklin Adams, III bkwoliver@aol.com,
          R59915@notify.bestcase.com
                                                                              TOTAL: 3
```