Rob Saltzman, Esquire
**PLUESE, BECKER & SALTZMAN, LLC**
**Attorneys At Law**
**RS1765**
**20000 Horizon Way, Suite 900**
**Mt. Laurel, NJ 08054-4318**          **UNITED STATES BANKRUPTCY COURT**
**(856) 813-1700**                     **FOR THE DISTRICT OF NEW JERSEY**
**Attorneys for the Mortgagee**
File No. 099336B

|  |  |  |
|---|---|---|
| In re: | : | **CASE NO.  19-15445-KCF** |
|  | : | **CHAPTER   13** |
| **Gordon Franklin Adams, III** | : | **ENTRY OF APPEARANCE AND REQUEST FOR SERVICE** |
| **Debtor** | : | **OF NOTICES, PLEADINGS, ETC.** |
|  | : |  |

        Please take notice that the undersigned hereby enters appearance in the above-captioned

matter on behalf of the secured creditor, Wilmington Savings Fund Society, FSB, d/b/a Christiana

Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust, and that, pursuant to

Rule 2002(g), secured creditor hereby requests that all Notices, Pleadings and any other documents

pertaining to this case be sent to both of the following addresses:

PLUESE, BECKER & SALTZMAN, LLC          Wilmington Savings Fund Society, FSB, d/b/a
20000 Horizon Way, Suite 900            Christiana Trust, not individually but as trustee for
Mt. Laurel, NJ 08054-4318               Pretium Mortgage Acquisition Trust c/o
                                        Rushmore Loan Management Services
 /s/ Rob Saltzman                       15480 Laguna Canyon Road, Suite 100
Rob Saltzman, Esquire                   Irvine, CA 92618
Attorney for Secured Creditor,
Wilmington Savings Fund Society, FSB, d/b/a
Christiana Trust, not individually but as trustee for
Pretium Mortgage Acquisition Trust

DATED:  April 19, 2019