UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2C

Rob Saltzman, Esquire
Pluese, Becker & Saltzman, LLC
RS1765
20000 Horizon Way, Suite 900
Mount Laurel, NJ 08054-4318
(856) 813-1700
Attorneys for the Mortgagee
File No. 099336B

Order Filed on October 11, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Gordon Franklin Adams, III

Case No.: 19-15445
Chapter   13
Judge:    Michael B. Kaplan

Recommended Local Form      ☒ Followed      __ Modified

## ORDER RESOLVING MOTION TO VACATE STAY
## AND/OR MOTION TO DISMISS
## WITH CONDITIONS

The relief set forth on the following pages, numbered two (2) through (3) is hereby **ORDERED.**

**DATED: October 11, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

| | |
|---|---|
| Applicant: | Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust |
| Applicant's Counsel: | Rob Saltzman, Esquire |
| Debtor's Counsel: | William H. Oliver, Jr., Esquire |
| Property Involved ("Collateral"): | 923 Ocean Road, Point Pleasant Beach, NJ 08742 |
| Relief Sought: | ☒ Motion for Relief From the Automatic Stay |

For good cause shown, it is **ORDERED** that Applicant's Motion is resolved, subject to the following conditions:

1.  Status of post-Petition arrearages:

    ☒ The Debtor has brought the loan post-Petition current through and including the September 1, 2019 post-Petition payment.

    ☒ Beginning on October 1, 2019, regular monthly mortgage payments shall continue to be made in the amount of $1,885.70.

2.  Payments to the Secured Creditor shall be made to the following address(es):

    ☒ Regular monthly payment:

    Rushmore Loan Management Services
    PO Box 52708
    Irvine, CA 92619-2708

3.  In the event of Default:

    ☒ If the Debtor fails to make the immediate payment specified above or fails to make any regular monthly payment or the additional monthly cure payment within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtor's failure to comply with this Order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor and the Debtor's attorney.

4. Award of Attorney's Fees:

☒ The Applicant is awarded attorneys fees of $350.00, and costs of $181.00.

The fees and costs are payable:

☒ through the Chapter 13 Plan.