UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2C

Rob Saltzman, Esquire
Pluese, Becker & Saltzman, LLC
RS1765
20000 Horizon Way, Suite 900
Mount Laurel, NJ 08054-4318
(856) 813-1700
Attorneys for the Mortgagee
File No. 099336B



**Order Filed on October 11, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Gordon Franklin Adams, III

Case No.:  19-15445
Chapter    13
Judge:     Michael B. Kaplan

| Recommended Local Form | ☒ Followed | __ Modified |
|---|---|---|

# ORDER RESOLVING MOTION TO VACATE STAY
## AND/OR MOTION TO DISMISS
## WITH CONDITIONS

The relief set forth on the following pages, numbered two (2) through (3) is hereby **ORDERED.**

**DATED: October 11, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

| | |
|---|---|
| Applicant: | Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust |
| Applicant's Counsel: | Rob Saltzman, Esquire |
| Debtor's Counsel: | William H. Oliver, Jr., Esquire |
| Property Involved ("Collateral"): | 923 Ocean Road, Point Pleasant Beach, NJ 08742 |
| Relief Sought: | ☒ Motion for Relief From the Automatic Stay |

For good cause shown, it is **ORDERED** that Applicant's Motion is resolved, subject to the following conditions:

1. Status of post-Petition arrearages:

   ☒ The Debtor has brought the loan post-Petition current through and including the September 1, 2019 post-Petition payment.

   ☒ Beginning on October 1, 2019, regular monthly mortgage payments shall continue to be made in the amount of $1,885.70.

2. Payments to the Secured Creditor shall be made to the following address(es):

   ☒ Regular monthly payment:

   > Rushmore Loan Management Services
   > PO Box 52708
   > Irvine, CA 92619-2708

3. In the event of Default:

   ☒ If the Debtor fails to make the immediate payment specified above or fails to make any regular monthly payment or the additional monthly cure payment within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtor's failure to comply with this Order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor and the Debtor's attorney.

4. Award of Attorney's Fees:

☒ The Applicant is awarded attorneys fees of $350.00, and costs of $181.00.

The fees and costs are payable:

☒ through the Chapter 13 Plan.

In re:                                                              Case No. 19-15445-MBK
Gordon Franklin Adams, III                                         Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 1          Date Rcvd: Oct 11, 2019
                             Form ID: pdf903       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 13, 2019.
db              +Gordon Franklin Adams, III,     923 Ocean Road,    Point Pleasant Beach, NJ 08742-2944

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 13, 2019                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 11, 2019 at the address(es) listed below:
        Albert  Russo    docs@russotrustee.com
        Denise E. Carlon    on behalf of Loss Mitigation    DITECH FINANCIAL dcarlon@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        Robert P. Saltzman    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
         Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust c/o
         Rushmore Loan Management Services dnj@pbslaw.org
        Stuart H. West    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana
         Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust c/o Rushmore Loan
         Management Services swest@pbslaw.org
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
        William H. Oliver, Jr.    on behalf of Debtor Gordon Franklin Adams, III bkwoliver@aol.com,
         R59915@notify.bestcase.com
                                                                              TOTAL: 6