Form 148 – ntcdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  19–15445–MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Gordon Franklin Adams III
   923 Ocean Road
   Point Pleasant Beach, NJ 08742

Social Security No.:
   xxx–xx–6222

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 11/14/19.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: November 14, 2019
JAN: bwj

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 19-15445-MBK
Gordon Franklin Adams, III                                             Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 2          Date Rcvd: Nov 14, 2019
                             Form ID: 148          Total Noticed: 37

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 16, 2019.
db          +Gordon Franklin Adams, III,    923 Ocean Road,   Point Pleasant Beach, NJ 08742-2944
lm          +DITECH FINANCIAL,    1100 Virgina Drive #100a,    Fort Washington, PA 19034-3277
cr          +Wilmington Savings Fund Society, FSB, d/b/a Christ,    15480 Laguna Canyon Road,    Suite 100,
             Irvine, CA 92618-2132
518125276   +Commonwealth Financial Systems,    245 Main St,   Dickson City, PA 18519-1641
518125275   +Commonwealth Financial Systems,    Attn: Bankruptcy,    245 Main Street,
             Dickson City, PA 18519-1641
518125277   +Ditech Financial LLC,    c/o KML Law Group, PC,    216 Haddon Ave., Suite 406,
             Westmont, NJ 08108-2812
518125287   +Midland Funding LLC,    c/o Pressler & Pressler, LLP,    7 Entin Road,
             Parsippany, NJ 07054-5020
518125288   +Rushmore Loan Management Services,    PO Box 52708,   Irvine, CA 92619-2708
518174226   ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
             TRENTON NJ 08646-0245
             (address filed with court:  State of New Jersey,    Division of Taxation,    Bankruptcy Section,
             PO Box 245,    Trenton, NJ 08695-0245)
518125291   +Specialized Loan Servi,    8742 Lucent Blvd Ste 300,   Highlands Ranch, CO 80129-2386
518213290   +U.S. Bank National Association Trustee (See 410),    c/o Specialized Loan Servicing LLC,
             8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386
518197851   +Wilmington Savings Fund Society, FSB, trustee,    for Pretium Mrtg Acquisition Trust,
             c/o Rushmore Loan Management Services,    P.O. Box 55004,   Irvine, CA 92619-5004

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov Nov 15 2019 00:20:43     U.S. Attorney,    970 Broad St.,
             Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 15 2019 00:20:40      United States Trustee,
             Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,    Suite 2100,
             Newark, NJ 07102-5235
518197342   +EDI: ATLASACQU.COM Nov 15 2019 04:13:00      Atlas Acquisitions LLC,    294 Union St.,
             Hackensack, NJ 07601-4303
518125274    EDI: CAPITALONE.COM Nov 15 2019 04:13:00      Capital One,    15000 Capital One Dr,
             Richmond, VA 23238
518125273   +EDI: CAPITALONE.COM Nov 15 2019 04:13:00      Capital One,    Attn: Bankruptcy,    Po Box 30285,
             Salt Lake City, UT 84130-0285
518137028   +EDI: AIS.COM Nov 15 2019 04:13:00      Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,
             Oklahoma City, OK 73118-7901
518184463    EDI: BL-BECKET.COM Nov 15 2019 04:13:00      Capital One, N.A.,    c/o Becket and Lee LLP,
             PO Box 3001,   Malvern PA 19355-0701
518125278   +EDI: BLUESTEM Nov 15 2019 04:13:00      Fingerhut,    Attn: Bankruptcy,    Po Box 1250,
             Saint Cloud, MN 56395-1250
518125279   +EDI: BLUESTEM Nov 15 2019 04:13:00      Fingerhut,    6250 Ridgewood Road,
             Saint Cloud, MN 56303-0820
518125281   +EDI: AMINFOFP.COM Nov 15 2019 04:13:00      First Premier Bank,    601 S Minnesota Ave,
             Sioux Falls, SD 57104-4868
518125280   +EDI: AMINFOFP.COM Nov 15 2019 04:13:00      First Premier Bank,    Attn: Bankruptcy,
             Po Box 5524,   Sioux Falls, SD 57117-5524
518190313   +EDI: CBS7AVE Nov 15 2019 04:13:00      Ginny's,    c/o Creditors Bankruptcy Service,
             P.O. Box 800849,   Dallas, TX 75380-0849
518125283   +EDI: CBS7AVE Nov 15 2019 04:13:00      Ginnys/Swiss Colony Inc,    1112 7th Ave,
             Monroe, WI 53566-1364
518125282   +EDI: CBS7AVE Nov 15 2019 04:13:00      Ginnys/Swiss Colony Inc,    Attn: Credit Department,
             Po Box 2825,   Monroe, WI 53566-8025
518125284    EDI: IRS.COM Nov 15 2019 04:13:00      Internal Revenue Service,    PO Box 7346,
             Philadelphia, PA 19101-7346
518125285   +E-mail/Text: bncnotices@becket-lee.com Nov 15 2019 00:19:40      Kohls/Capital One,
             Kohls Credit,   Po Box 3120,   Milwaukee, WI 53201-3120
518125286   +E-mail/Text: bncnotices@becket-lee.com Nov 15 2019 00:19:40      Kohls/Capital One,
             N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI 53051-5660
518143050    E-mail/PDF: resurgentbknotifications@resurgent.com Nov 15 2019 00:25:22      LVNV Funding LLC,
             Resurgent Capital Services,    PO Box 10587,   Greenville, SC  29603-0587
518260041   +EDI: MID8.COM Nov 15 2019 04:13:00      Midland Funding LLC,    P.O. Box 2011,
             Warren, MI 48090-2011
518192826   +EDI: JEFFERSONCAP.COM Nov 15 2019 04:13:00      Premier Bankcard, Llc,
             Jefferson Capital Systems LLC Assignee,    Po Box 7999,   Saint Cloud Mn 56302-7999
518140528    EDI: Q3G.COM Nov 15 2019 04:13:00      Quantum3 Group LLC as agent for,    CF Medical LLC,
             PO Box 788,   Kirkland, WA  98083-0788
518125290   +EDI: CBS7AVE Nov 15 2019 04:13:00      Seventh Ave,    1112 7th Ave,   Monroe, WI 53566-1364
518125289   +EDI: CBS7AVE Nov 15 2019 04:13:00      Seventh Ave,    Attn: Bankruptcy Dept,    1112 7th Ave,
             Monroe, WI 53566-1364
518127736   +EDI: RMSC.COM Nov 15 2019 04:13:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
             PO Box 41021,   Norfolk, VA 23541-1021
518190314   +EDI: CBS7AVE Nov 15 2019 04:13:00      The Swiss Colony,    c/o Creditors Bankruptcy Service,
             P.O. Box 800849,   Dallas, TX 75380-0849
                                                                                          TOTAL: 25

```
District/off: 0312-3          User: admin          Page 2 of 2          Date Rcvd: Nov 14, 2019
                              Form ID: 148         Total Noticed: 37
```

```
            ***** BYPASSED RECIPIENTS (continued) *****

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518240856*     +Atlas Acquisitions LLC,    294 Union St.,    Hackensack, NJ 07601-4303
518125292*     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court:  State of New Jersey,    Division of Taxation,    Bankruptcy Unit,
                 P.O. Box 245,    Trenton, NJ 08695-0245)
                                                                 TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2019                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 14, 2019 at the address(es) listed below:
              Albert  Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Loss Mitigation    DITECH FINANCIAL dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Robert P. Saltzman    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
               Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust c/o
               Rushmore Loan Management Services dnj@pbslaw.org
              Stuart H. West    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana
               Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust c/o Rushmore Loan
               Management Services swest@pbslaw.org
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William H. Oliver, Jr.    on behalf of Debtor Gordon Franklin Adams, III bkwoliver@aol.com,
               R59915@notify.bestcase.com
                                                                 TOTAL: 6
```