| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ 08650 | Memphis, TN 38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 01/01/2019 to 12/31/2019

### Chapter 13 Case No. 19-15445 / MBK

Gordon Franklin Adams, III

Petition Filed Date: 03/18/2019
341 Hearing Date: 04/18/2019
Confirmation Date:

Case Status: **Dismissed Before Confirmation on 11/14/2019**

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 05/10/2019 | $1,000.00 | 58528180 | 10/02/2019 | $2,000.00 | 1125044 | | | |

**Total Receipts for the Period: $3,000.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $3,000.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Gordon Franklin Adams, III | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | William H. Oliver, Jr., Esq. | Attorney Fees | $4,750.00 | $2,786.00 | $1,964.00 |
| 1 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $353.01 | $0.00 | $0.00 |
| 2 | INTERNAL REVENUE SERVICE<br>»» 2018 TAX PERIOD | Priority Crediors | $4,059.00 | $0.00 | $0.00 |
| 3 | INTERNAL REVENUE SERVICE<br>»» 2013-2014 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» OCEAN MEDICAL | Unsecured Creditors | $1,240.05 | $0.00 | $0.00 |
| 5 | LVNV FUNDING LLC | Unsecured Creditors | $254.15 | $0.00 | $0.00 |
| 6 | NJ DIVISION OF TAXATION<br>»» TGI-EE 2005, S&U 2003-2007 | Secured Creditors | $217,696.07 | $0.00 | $0.00 |
| 7 | NJ DIVISION OF TAXATION<br>»» EST TAXES- ON HOLD | Priority Crediors<br>Hold Funds: Estimated | $24,038.42 | $0.00 | $0.00 |
| 8 | NJ DIVISION OF TAXATION<br>»» EST TAXES- ON HOLD | Unsecured Creditors<br>Hold Funds: Estimated | $20,062.39 | $0.00 | $0.00 |
| 9 | CAPITAL ONE, NA<br>»» KOHLS | Unsecured Creditors | $545.78 | $0.00 | $0.00 |
| 10 | GINNYS | Unsecured Creditors | $464.18 | $0.00 | $0.00 |
| 11 | THE SWISS COLONY | Unsecured Creditors | $536.62 | $0.00 | $0.00 |
| 12 | PREMIER BANKCARD, LLC. | Unsecured Creditors | $402.44 | $0.00 | $0.00 |
| 13 | WILMINGTON SAVINGS FUND SOCIETY<br>»» P/923 OCEAN ROAD/1ST MTG | Mortgage Arrears | $53,383.83 | $0.00 | $0.00 |
| 14 | TOWD POINT MASTER FUNDING 2018-PM22 CO1<br>»» P/923 OCEAN ROAD/2ND MTG | Mortgage Arrears | $30,170.20 | $0.00 | $0.00 |
| 15 | ATLAS ACQUISITIONS LLC<br>»» JTM CAPITAL MANAGEMENT | Unsecured Creditors | $248.89 | $0.00 | $0.00 |

| 16 | MIDLAND CREDIT  AS AGENT FOR<br>»»  CITIBANK/GATEWAY | Unsecured Creditors | $860.93 | $0.00 | $0.00 |
| 17 | WILMINGTON SAVINGS FUND SOCIETY<br>»»  923 OCEAN ROAD/ORDER 10/11/19 | Mortgage Arrears | $531.00 | $0.00 | $0.00 |

**SUMMARY**

**Your case was Dismissed Before Confirmation on 11/14/2019.**

Summary of all receipts and disbursements from date filed through 2/11/2020:

| | |
|---|---|
| Total Receipts: | $3,000.00 |
| Paid to Claims: | $2,786.00 |
| Paid to Trustee: | $214.00 |
| Funds on Hand: | $0.00 |